THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD BOWEN, Defendant-Appellant.

(No. 54034; )

First District—May 13, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE McGLOON.

Gerald W. Getty, Public Defender, of Chicago, (Saul Brauner, James J. Doherty, and Ronald P. Katz, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Zenon Forowycz, Assistant State's Attorneys, of counsel,) for the People.